UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>                Plaintiff,<br>   v.<br><br>NANCY A. BERRYHILL,<br><br>                Defendant. | CASE NO. C17-5659JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The court GRANTS Plaintiff's *in forma pauperis* application (IFP Mot. (Dkt. # 1)) and ORDERS:

(1) Plaintiff shall be issued summonses; and

(2) Plaintiff is responsible for serving the complaint and summonses and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's

//

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 1

1 | identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

2 | DATED this 25th day of August, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 2